UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE FRANCISCO URBINA,<br><br>　　　　　　　Defendant. | CASE NO.:  22-CR-1970-RBM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Urbina's Motion Hearing and Trial Settings currently scheduled for September 30, 2022, be continued to ***November 18, 2022, at 9:00 a.m***. It is further ordered that time is excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATED: September 28, 2022

_____
**HON. RUTH B. MONTENEGRO**
United States District Court Judge